UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY LOREN SAYLOR,

      Plaintiff,                                     Case No: 1:11-cv-157

v.                                                 HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

**ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 10, 2012, recommending that the Commissioner's decision be reversed and the matter remanded pursuant to sentence six of 42 U.S.C. § 405g for consideration of Plaintiff's CT scans performed on October 6, 2009. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 21) is APPROVED and ADOPTED as the Opinion of the Court; and the decision of the Commissioner of Social Security is REVERSED and the matter REMANDED pursuant to sentence six of 42 U.S.C. § 405g for consideration of Plaintiff's CT scans performed on October 6, 2009. On remand, the ALJ should evaluate those tests as they relate to Plaintiff's application for SSI.

A Judgment will be entered consistent with this Order.

Dated:  February 28, 2012                    /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                         United States District Judge